**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00383-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL RAY ROWE,

    Defendant.

---

**MINUTE ORDER**[1]

---

The court shall conduct a hearing on **April 27, 2007**, at 1:30 p.m. on the petition for supervised release violation. The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: March 5, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.